| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Kristen Monsell (CA Bar No. 304793)<br>Miyoko Sakashita (CA Bar No. 239639)<br>CENTER FOR BIOLOGICAL DIVERSITY<br>1212 Broadway, Suite 800<br>Oakland, CA 94612<br>Phone: (510) 844-7137 | |
| ATTORNEY(S) FOR: Plaintiff Center for Biological Diversity | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff(s),<br>v.<br>DEBRA HAALAND, et al.,<br><br>Defendant(s) | CASE NUMBER:<br>2:22-cv-6996<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff Center for Biological Diversity
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None - The Center for Biological Diversity is a non-profit organization and does not have any parent companies, subsidiaries, or affiliates that have issued shares to the public. | |

09/28/2022
Date

/s/ Kristen Monsell
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Center for Biological Diversity

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES