UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>                    Plaintiff,<br><br>       v.<br><br>DEB HAALAND, Secretary of the Interior, *et al.*,<br><br>                    Defendants. | No. 2:22-cv-06996-CAS-KS<br><br>Hon. Christina A. Snyder<br><br>**Stipulation of Dismissal and Proposed Order of Dismissal** |

**STIPULATION OF DISMISSAL**

Plaintiff Center for Biological Diversity and Defendants Deb Haaland, et al., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, pursuant to the terms of the attached settlement agreement.

Dated: November 14, 2023

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

/s/ Alexis G. Romero
Alexis G. Romero
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611
(202) 305-0492
alexis.romero@usdoj.gov

*Attorney for Federal Defendants*

/s/ Kristen Monsell (with permission)
Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Miyoko Sakashita (CA Bar No. 239639)
Email: miyoko@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7137
Fax: (510) 844-7150

*Attorneys for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### **ATTESTATION OF FILER**

I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 14, 2023

                                                     /s/ *Alexis G. Romero*
                                                    Alexis G. Romero
                                                    Trial Attorney