JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>DEB HAALAND, Secretary of the Interior, *et al.*,<br><br>Defendants. | No. 2:22-cv-06996-CAS-KSx<br><br>Hon. Christina A. Snyder<br><br>**Order Dismissing Case** |

**ORDER**

Having considered the Parties' Stipulation for Dismissal, ECF No. 33, and for good cause shown, the court hereby dismisses the above-cited case without prejudice.

IT IS SO ORDERED.

Dated: November 15, 2023

_____
Honorable Christina A. Snyder
UNITED STATES DISTRICT JUDGE